**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARQUIS HEALTH CONSULTING SERVICES, LLC,<br>              *Plaintiff*,<br><br>v.<br><br>CHRISTOPHER SAVINO,<br>              *Defendant*. | Civil Action No.: 3:25-cv-12100-ZNQ-JBD |

**PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**
**AND PRELIMINARY INJUNCTIVE RELIEF**

Plaintiff Marquis Health Consulting Services, LLC ("Marquis"), through undersigned counsel, pursuant to Fed. R. Civ. P. 65 and Local Rule 65.1 and for the reasons stated in Plaintiff's Memorandum of Law In Support of Its Emergency Motion For Temporary Restraining Order and Preliminary Injunctive Relief, respectfully requests this Court enter an Order:

(a) Enforcing the restrictive covenants contained in the Agreement between Marquis and Savino;

(b) Allowing temporary, preliminary, and permanent injunctive relief enjoining Savino from improperly competing with Marquis in violation of the Agreement by providing services to Atlas within 50 miles of any facility for which he provided services on behalf of Marquis during the last two years of his employment, for a period of eighteen (18) months from the date of entry of the injunction;

(c) Allowing temporary, preliminary, and permanent injunctive relief enjoining Savino from having any involvement, direct or indirect, in the soliciting, recruiting, approaching, inducing or hiring of any employee of Marquis and/or the facilities it advises, including any attempt to influence any aspect of a process that could result in the hiring of a Marquis employee by Atlas, for a period of eighteen (18) months from the date of entry of the injunction;

(d) Allowing temporary, preliminary, and permanent injunctive relief enjoining Savino from using any of Marquis' confidential, proprietary, and/or non-public information and requiring Savino to return all such information to Marquis; and

(e) Requiring Savino to create forensic images of all personal cell phone(s), computer(s), and/or any other electronic device Savino uses or previously used since January 1, 2025 to communicate or store electronic information, in order to preserve any potentially relevant information regarding this dispute.

June 25, 2025                                              Respectfully Submitted,

MARQUIS HEALTH CONSULTING SERVICES, LLC,

By its attorneys,

*/s/ John F. Tratnyek*
John F. Tratnyek (Bar ID # 027561991)
Jackson Lewis P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, NJ 07922
TEL: (908) 795-5200
John.Tratnyek@jacksonlewis.com

(*Motions for Pro Hac Vice Forthcoming*)
Erik J. Winton (BBO# 600743)
Stephen T. Paterniti (BBO# 564860)
Garrett A.D. Gee (BBO# 708219)
Jackson Lewis, P.C.
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
TELE: (617) 367-0025
Erik.Winton@jacksonlewis.com
Stephen.Paterniti@jacksonlewis.com
Garrett.Gee@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2025, a true copy of the above document was served directly on Defendant Christopher Savino as he has not indicated that he is represented by counsel and no counsel has entered an appearance on his behalf.

Christopher Savino
Csavino1027@me.com
141 Oakland Avenue
Pawtucket, RI 02861

*/s/John F. Tratnyek*
Jackson Lewis P.C.

4923-8251-2464, v. 1

2